No. 5644.—PUEBLO, apldo. *v.* IRIZARRY, aplte.—C. D. Ponce. ▇▇ ▇▇▇▇▇▇▇▇▇▇ Mayo 3, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, en la Corte de Distrito de Ponce, Enrique Irizarry Irizarry fué acusado de asesinato en segundo grado y luego de un juicio por jurado se le condenó por el delito de homicidio voluntario y se le sentenció a tres años de presidio;

POR CUANTO, visto el récord del caso, los alegatos de ambas partes y el informe oral del Fiscal de esta Corte, y apareciendo que el juicio se celebró ante un jurado, que tuvo ante sí bastante prueba tendente a demostrar que el acusado atacó y dió muerte voluntariamente a Silvestre Rodríguez;

POR CUANTO, el único error alegado en apelación es que el acusado actuó en defensa propia, contención que también fué presentada en la corte inferior;

POR CUANTO, la única prueba en apoyo de la teoría de la defensa consistió en el testimonio del propio acusado, que el jurado tuvo derecho a no creer, especialmente en vista de la prueba presentada por El Pueblo;

POR CUANTO, el apelante no nos convence de que hubo error, pasión o prejuicio en el veredicto del jurado;

POR TANTO, se confirma la sentencia apelada que dictó la Corte de Distrito de Ponce en el caso de epígrafe con fecha 21 de noviembre, 1933.